

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00500-CV

**ESTATE OF BRADLEY KEITH JOHNSON**

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2017PC0180
The Honorable Veronica Vasquez, Judge Presiding

# O R D E R

On October 30, 2019, we set this cause for formal submission and oral argument before this Court on December 4, 2019 at 9:00 a.m. before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Beth Watkins.

During oral argument, the parties should be prepared to discuss the probate court's jurisdiction to consider the business disparagement and intentional infliction of emotional distress claims that form the basis for this appeal.

The parties are reminded that argument is limited to twenty (20) minutes for each side and ten (10) minutes rebuttal for the appellant.

It is so **ORDERED** on November 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT